# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

\* ADMITTED IN NY
\*\*ADMITTED IN NY AND NJ
\*\*\*ADMITTED IN NY AND CT
\*\*\*\*ADMITTED IN NY AND FLA
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

MAURA E. BREEN***
SAMUEL R. BLOOM*****

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2025

September 8, 2025

**VIA ECF ELECTRONIC FILING**
Honorable Katherine Parker, U.S.M.J.
500 Pearl St., Courtroom 17D
New York, New York 10007

Re:   **Manny Pastreich, as Trustee, et al. v. Nationwide Janitorial Services, inc.**
      **Civil Action No. 25-cv-4876**

Dear Judge Parker:

Our firm represents the respective Plaintiffs in this matter. On behalf of Plaintiffs and Defendant Nationwide Janitorial Services, Inc. ("Defendant"), please accept this correspondence as a joint request to cancel or adjourn the Case Management Conference scheduled before Your Honor for today, September 9, 2025, at 12:00 pm. This is the first request for an adjournment.

While the parties have previously discussed settlement at length (and appear to have a tentative settlement), and have discussed the proposed Case Management Plan, with drafts circulated this morning, counsel for Defendant is located in Missouri, and we are unable to all attend the Conference in person. Further, the parties commit to having the Case Management Plan finalized today, but may not be able to finalize prior to the Conference. Candidly, the parties did not realize the Conference was today until early this morning, including the undersigned. I strenuously apologize for our oversight.

This matter involves alleged noncompliance with a Plaintiffs' payroll audit. The parties have met at length and it appears this matter will settle shortly. There have been some delays as far as providing older payroll records from Defendant's prior payroll services provider.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the parties.

Respectfully submitted,

*Samuel Bloom*

Samuel R. Bloom

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday, September 8, 2025 at 12:00 p.m. is hereby converted to a telephonic proceeding and rescheduled to <u>Tuesday, October 14, 2025 at 12:00 p.m.</u>  At the scheduled time, the parties shall dial 646-453-4442, conference ID 295 161 47#

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

09/08/2025